UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL BALL, et al.,

    Plaintiff,

v.

PUGET SOUND MASONRY & RESTORATION Inc., et al.,

    Defendant.

C05-1783JCC
MINUTE ORDER

The following Minute Order is made by direction of the Clerk of Court, Bruce Rifkin:

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable John C. Coughenour, United States District Court Judge. All future documents filed in this case must bear the cause number C05-1783JCC and bear the Judge's name in the upper right hand corner of the document.

Dated this 12th day of December, 2005.
Bruce Rifkin, Clerk of Court

By s/ JUDITH A. NOTHERN
Judith A. Nothern, Deputy Clerk